In the Matter of the Transfer Tax upon the Estate of ALEXANDER THOMPSON, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant and Respondent; MARY C. THOMPSON, as Executrix of ALEXANDER THOMPSON, as Administratrix of MARY E. THOMPSON, and Individually, Respondent and Appellant.

*Matter of Thompson,* 167 App. Div. 356, affirmed.
(Argued January 4, 1916; decided January 18, 1916.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1915, which modified and affirmed as modified an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Alexander Thompson, deceased. The questions involved are: *First.* Whether a one-half interest in a checking account in the Mt. Vernon Trust Company; whether the checking account in the First National Bank of Mt. Vernon, and whether a special account with the Mt. Vernon Trust Company in the names of " Alexander Thompson or Mary E. Thompson " passed to the estate of Alexander Thompson, and, therefore, became taxable in this proceeding.

Upon this proposition the comptroller is appellant. *Second.* Ten bonds and mortgages were executed by various persons at different times to Alexander Thompson and Mary E. Thompson. The money for which these mortgages were security belonged to Mr. Thompson. The surrogate held that by taking these mortgages in the name of himself and wife to take effect at his death, the transfer of these mortgages was taxable. The Appellate Division held to the contrary, and the comptroller appeals. *Third.* Are the transfers by two deeds executed by the decedent upon his death bed to himself and his wife as joint tenants, taxable as gifts in contemplation of death? Upon this proposition Mary C. Thompson is appellant and the comptroller is respondent.

*Schuyler C. Carlton, Alexander Otis* and *Lafayette B. Gleason* for state comptroller, appellant and respondent.

*Lawrence E. French* for Mary C. Thompson, respondent and appellant.

Order affirmed, without costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.